WR-83,996-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/20/2015 11:14:32 AM
Accepted 10/20/2015 11:19:41 AM
ABEL ACOSTA
CLERK

**NO. WR-83,996-01**

**IN THE COURT OF CRIMINAL APPEALS**

RECEIVED
COURT OF CRIMINAL APPEALS
10/20/2015
ABEL ACOSTA, CLERK

*In re* **Sylvia Martinez**

---

## RESPONSE TO STATE'S MOTION FOR LEAVE TO FILE MANDAMUS

---

**Cause. No. 04-15-00348-CR in the Fourth Court of Appeals San Antonio, Texas.**
**Cause No. 2014CR1384 in the 187thth Judicial District, Bexar County Honorable Steven C. Hilbig, Judge Presiding**

_____

TO THE HONORABLE JUDGES OF THIS COURT:

Comes now Sylvia Martinez, in the above-entitled and numbered cause, and respectfully files this response to the State of Texas' motion for leave to file a writ of mandamus and would show as follows:

### The State's Motion for leave to file mandamus and underlying filings in this Court are moot.

On October 9, 2015, The State of Texas filed, in this Court, a motion for leave to file a writ of mandamus, a motion for stay, and a writ of mandamus concerning the following cause numbers: Cause. No. 04-15-00348-CR in the Fourth Court of Appeals San Antonio, Texas and Cause No. 2014CR1384 in the 187thth Judicial District, Bexar County Honorable Steven C. Hilbig, Judge Presiding.

At this time, the issues presented in said filings have been rendered moot as the underlying trial case entitled the *State of Texas v. Sylvia Martinez*, cause no. 2014CR1384, was dismissed by a motion of the State of Texas which was granted on October 5, 2015. *See attached Exhibit 1,* Certified Copy of State's Motion to Dismiss signed by Judge Hilbig. Since no underlying case is pending at this time, the filings of the State of Texas in this matter are moot.

**Prayer**

WHEREFORE PREMISES CONSIDERED, Sylvia Martinez requests this Honorable court deny the State's Motion for leave to file Mandamus as moot and for all or relief in equity or law.

Respectfully submitted,

LAW OFFICE OF Chad Van Brunt
310 S. St. Mary's St.
Suite 1840
San Antonio, TX 78205
Tel: (210) 399-8669
Fax: (210) 568-4927

By: */s/*Chad Van Brunt
    Chad P. Van Brunt
    State Bar No. 24070784
    Attorney for Sylvia Martinez

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing document has been delivered by hand delivery and or electronic service to the following:

Honorable Nicolas A. Lahood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205

on this the 20th day of October, 2015.


By: */s*/Chad Van Brunt
Chad Van Brunt